■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL CRUTCHFIELD, Also Known as DERIK DICKSON, Appellant. [772 NYS2d 580]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 20, 1985 (*People v Crutchfield,* 111 AD2d 346 [1985]), affirming a judgment of the Supreme Court, Kings County, rendered November 3, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.